UNITED STATES DISTRICT COURT
District of Massachusetts

———————————————————
Manuel Robert Lucero, V, )
    Plaintiff, )
)
v. )
)
Thomas A. Turco, III, )
Et Al., )
    Defendants. )
———————————————————

FILED
IN CLERKS OFFICE

2018 JAN 22  AM 10: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. DISTRICT COURT
Civil Action No.
4:17-cv-40118-TSH

NOTICE OF INTERLOCUTORY APPEAL

    Notice is hereby given that Manuel Robert Lucero, V, Plaintiff in the above-entitled action, hereby appeals to the United States Court of Appeals for the First Circuit from the order denying his Motion for Preliminary Injunction & TRO, denying his Motion for Reconsideration of Preliminary Injunction & TRO, and denying his Motion to Submit Overlong Memorandum in Support of Motion for Preliminary Injunction & TRO as Moot, entered by Hon. Judge Timothy S. Hillman in the docket referenced above.

Respectfully Submitted,

Dated: 01/18/2018

Manuel Robert Lucero, V, pro se
W110661
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Declaration for the Purposes of Rule 4(c)(1) of FRAP

    In accordance with 28 U.S.C. §1746, I hereby declare that I, Manuel Robert Lucero, V, submitted this notice on January 18, 2018, via the institutional mail system at or about 2030 hours local time. Per the Mailbox Rule of FRAP 4(c)(1), all papers filed by incarcerated parties must be deemed filed on the day said papers were submitted to the institutional mail system.
    I make this declaration under the penalties and pains of perjury.

Executed at South Walpole, MA,
on 01/18/2018.

Manuel R. Lucero V