# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 7, 2018

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Manuel Robert Lucero, V
            v. Thomas A. Turco, III, et al.
           No. 17-9252
           (Your No. 18-1079)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 25, 2018 and placed on the docket June 7, 2018 as No. 17-9252.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Lisa Nesbitt
                                Case Analyst