UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lucero,                              )
                                     )
          Plaintiff(s)               )
                                     )        CIVIL ACTION
VS.                                  )        NO. 17-40118-TSH
                                     )
Turco, et al.,                       )
                                     )
          Defendant(s)               )

**MEMORANDUM AND ORDER**

The claims asserted against the defendant, Correct Care Solutions is an action for malpractice, error, or mistake against a provider of health care within the meaning of that phrase in Mass. Gen. Laws Ch. 231, Section 60B.  In accordance with Feinstein v. Massachusetts General Hospital, 643, F.2d 880 (1st Cir. 1981) and Austin v. Boston University Hospital, 372 Mass. 654, 660, 363 N.E.2d 515, 519 (1977), it is ORDERED:

Plaintiff's claims against defendant, are referred to the Superior Court of the Commonwealth of Massachusetts for hearing by a medical malpractice tribunal appointed by the Superior Court pursuant to Mass. Gen. Laws Ch. 231, Section 60B.

The Clerk of this Court is directed to furnish the Superior Court sitting in and for the County of Worcester with certified copies of the complaint, answer and this Order.


      6/14/18                          /s/ Timothy S. Hillman
      DATE                             UNITED STATES DISTRICT JUDGE